UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON C. TUREM,

        Plaintiff,

v.                          Case No. 3:23-cv-1423-BJD-LLL

JOSEPH KNOWLES, et al.,

        Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, an inmate of the Florida penal system, is proceeding *pro se*. Plaintiff filed a letter to the Clerk of Court (Doc. 1) dated November 30, 2023, in which he alleges threats and retaliation by correctional staff and denial of medical care. Further, he alleges that he will "attempt further suicide because [he] can't take it anymore."[1]

    Plaintiff has not properly initiated a case under Federal Rule of Civil Procedure 3 ("A civil action is commenced by filing a complaint with the court.") As Plaintiff has been previously advised,[2] the Court has approved the use of a

---

[1] In light of his assertions, the Clerk of Court sent a copy of Plaintiff's letter and the Amended Standing Order (Doc. 2) that is entered when an inmate makes a claim of suicidal intent or other imminent physical harm to the Inspector General and to the Warden of Florida State Prison.

[2] Case Nos. 3:22-cv-795-MMH-MCR, 3:22-cv-845-MMH-JBT, 3:22-cv-953-BJD-PDB, 3:22-cv-1442-MMH-JBT, 3:23-cv-1275-MMH-LLL.

civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to name the defendants he intends to sue, disclose his litigation history, describe his claims and facts, and state the relief he seeks. Here, Plaintiff has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

Plaintiff is further reminded that he may not correspond with this Court in letter form. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign

a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of December, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 12/5
c:
Jason C. Turem, #C07109

3